NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID W. MOLTZEN,**
*Petitioner,*

v.

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2012-3145

---

Petition for review of the Merit Systems Protection Board in case no. SF0432100994-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Labor moves for a 43-day extension of time, until November 2, 2012, to file its response brief. Mr. Moltzen opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

DAVID MOLTZEN V. LABOR                                            2

The motion is granted.  The Department of Labor's response brief is due on or before November 2, 2012.

FOR THE COURT

SEP 2 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David W. Moltzen
    Allison Kidd-Miller, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK